IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| ALICE RUTH; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 04C50244 |
| v. | ) | |
| | ) | |
| M.R.S. ASSOCIATES, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## COMPLAINT – CLASS ACTION

### INTRODUCTION

1. Plaintiff brings this action to secure redress against unlawful credit and collection practices engaged in by defendant M.R.S. Associates, Inc. Plaintiff alleges that a form letter used by defendant violates the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331 (general federal question), 1337 (interstate commerce) and 15 U.S.C. §1692k (Fair Debt Collection Practices Act).

3. Venue and personal jurisdiction over defendant in this District is proper because:

    a. Plaintiff resides here;

    b. Defendant transacts business here;

    c. Defendant's collection communications to plaintiff and numerous others were transmitted into the District.

DOCKETED
JUN 0 1 2004

    d.  Defendant enters into contracts with businesses located within the Northern District of Illinois to perform collection services. These include Hilco Receivables and Lake Cook Partners.

    e.  Defendant holds itself out as conducting a nationwide collection business.

## PARTIES

4.  Plaintiff Alice Ruth is an individual who resides in Rock Falls, Illinois.

5.  Defendant M.R.S. Associates, Inc. is a New Jersey corporation with its principal place of business at 3 Executive Campus, Suite 400, Cherry Hill, NJ 08002.

6.  Defendant M.R.S. Associates, Inc. operates a collection agency.

7.  Defendant M.R.S. Associates, Inc. is a "debt collector" as defined in the FDCPA.

8.  Defendant M.R.S. Associates, Inc. claims on its Web site (www.mrsassociates.com) to be " a nationally licensed full-service account receivables management company that specializes in financial and commercial portfolios - bank and retail credit card programs, consumer loans, auto deficiencies and commercial collection as well as government, taxation and educational debts."

9.  Defendant M.R.S. Associates, Inc. is in fact a nationally licensed full-service account receivables management company that specializes in collecting bank and retail credit cards, consumer loans, auto deficiencies and educational debts.

## FACTS

10.  On or about Jan. 19, 2004, defendant sent plaintiff Ruth a collection letter,

of which the front is attached as <u>Exhibit A</u>.

11. <u>Exhibit A</u> sought to collect a K-Mart credit card debt.

12. The alleged debt was incurred for personal, family or household use.

13. <u>Exhibit A</u> is the first letter plaintiff Ruth received from defendant in connection with the debt described therein.

14. On information and belief, <u>Exhibit A</u> is the first letter defendant sent to plaintiff Ruth in connection with the debt described therein.

15. On information and belief, <u>Exhibit A</u> represents a form letter intended for use by defendant as the initial letter to be sent to a debtor concerning the debt described therein.

16. On information and belief, the printed matter on the reverse of <u>Exhibit A</u> is depicted by <u>Exhibit B.</u>

## **VIOLATIONS ALLEGED**

17. <u>Exhibit A</u> states that "If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter."

18. The quoted language is an impermissible condition on the debtor's exercise of verification rights under 15 U.S.C. §1692g. The debtor may dispute and request verification of the debt if he or she simply does not recognize it, or questions the amount of the claimed debt or how it was computed, or believes that the debt is valid but that credit has not been given for all payments made, or if two or more collection agencies have sought payment and the debtor is unsure who the creditor has authorized to act, or any of a number of other reasons which do not require that the debtor believe that the debt is not valid. <u>DeSantis v. Computer Credit, Inc.</u>, 269 F.3d 159 (2d Cir. 2001).

3

19. In addition, <u>Exhibit A</u> is confusing and misleading with respect to the amount the recipient must pay. The letter gives an "account balance" at the top, but states that "interest may accrue on unpaid balances." The debt is a credit card, which normally does accrue interest; however, the letter does not definitely state whether or not it does accrue. The letter then demands that the debtor "honor your contractual obligation," which could be the "account balance," or the "account balance" plus interest. Nothing informs the debtor how to compute or find out the amount to be paid. See <u>Chuway v. National Action Financial Services</u>, 362 F.3d 944 (7th Cir., March 30, 2004).

20. On information and belief, defendant is authorized to and does in fact attempt to collect an amount larger than the "account balance," namely the account balance plus interest.

21. Defendant's letters therefore violate 15 U.S.C. §§1692e and 1692g.

## CLASS ALLEGATIONS

22. Plaintiff brings this claim on behalf of a class. The class consists of (a) all natural persons residing in Illinois (b) to whom defendant sent a letter containing both the statement that "If for some reason you believe this debt is not valid . . . ." and the statement "Interest may accrue on unpaid balances" (c) seeking to collect a K-Mart credit card, (d) on or after a date one year prior to the filing of this action and (e) on or before a date 20 days after the filing of this action.

23. The class is so numerous that joinder of all members is impracticable.

24. Defendant sent more than 50 letters to Illinois residents containing both the statement that "If for some reason you believe this debt is not valid . . . ." and the statement "Interest may accrue on unpaid balances", seeking to collect a K-Mart credit card, during the year prior to the filing of this action.

25. There are questions of law and fact common to the class members, which

questions predominate over any questions affecting only individual class members. The principal question is whether the collection letter attached as <u>Exhibit A</u> violates the FDCPA.

26. Plaintiff will fairly and adequately represent the members of the class. Plaintiff has retained counsel experienced in the prosecution of class actions and consumer credit claims.

27. A class action is superior for the fair and efficient adjudication of this matter, in that:

    a. Defendant has inflicted similar injuries to a large number of persons through a single course of conduct;

    b. Individual actions are not economical;

    c. Congress contemplated class actions as a means of enforcing the FDCPA..

WHEREFORE, plaintiff requests that the Court enter judgment in favor of the plaintiff and the class members and against defendant for:

    (1) Statutory damages;

    (2) Attorney's fees, litigation expenses and costs of suit;

    (3) Such other or further relief as the Court deems proper.

_____
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

EDELMAN, COMBS & LATTURNER, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

### JURY DEMAND

Plaintiff demands trial by jury.

_____
Daniel A. Edelman

j:\case\mrs11.388\pleading\cmplt

# EXHIBIT A

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

**MRS** Associates Inc

Office Hours :
Mon - Thurs 8am - 9pm EST
Fri  - 8am - 5pm EST
Sat  - 8am - 12pm EST
Sun  - 9am - 12pm EST

January 19, 2004

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

04019377-001   21982
ALICE RUTH
407 GOODELL CT
ROCK FALLS IL 61071-1360

FEB 0 2 2004

| CLT ACCT # : | MRS ACCT # : | ACCOUNT BAL. : |
|---|---|---|
| 5307582055271676 | 04019377 | $634.36 |

RE : CAPITAL ONE (K-MART CARD)
(Interest may accrue on unpaid balances)

✂ IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT IN FULL ✂
SEE REVERSE SIDE FOR CREDIT CARD AND WESTERN UNION PAYMENT INFORMATION

RE: CAPITAL ONE (K-MART CARD)
CLT ACCT#: 5307582055271676
MRS ACCT#: 04019377
ACCOUNT BALANCE : $634.36    (Interest may accrue on unpaid balances)

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Dear ALICE RUTH,

The above referenced client has placed your account with our office for collection. This decision was made due to your continued failure to meet your contractual obligation. If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses (which may in turn be passed on to you!).

Clearly our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

**Which would you prefer the positive benefits or negative consequences? The choice is yours!**

## IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collection agency.

Sincerely,

*Dawn Hasenjager*

Dawn Hasenjager
Collection Manager 1-877-508-6306
M.R.S.ASSOCIATES, INC.

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

# EXHIBIT B

Case: 3:04-cv-50244 Document #: 1 Filed: 06/01/04 Page 9 of 12 PageID #:9

If you wish to pay by credit card, please fill out the area below and return in the enclosed envelope or fax to us at the number 856-488-5125 or you may E-Mail credit card information to : payments@mrsassociates.com

Check One:
☐ Visa
☐ Mastercard
☐ American Express

Card #: _____

MRS ACCT # : 03456050

Expiration Date: ___/___/___

Amount of Payment: $_____

Signature of Cardholder _____

Card Holder Name _____

Driver's License _____

### Western Union Payment Instructions

Western Union "Quick Collect" - Quick and Easy !
Use Blue and White form
Pay to : M.R.S. ASSOCIATES
Code City : MAPLE    State: NJ

For questions about how to pay your bill using Western Union - call them at 800-238-5772 or call our office.

**COLORADO RESIDENTS:**
This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify us that you dispute the validity of this debt or any portion thereof, within 30 days after receipt of this letter, we shall assume this debt is valid. If you notify us, in writing, within the 30 day period, that you dispute this debt, or any portion thereof, we will obtain verification of this debt or judgment, if one exists, and will mail you a copy. Upon your written request, within the 30 day period, we will provide you with the name and address of the original creditor, if different from the current creditor. For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/CAB.htm.

**MASSACHUSETTS RESIDENTS:**
NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

**MINNESOTA RESIDENTS:**
This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs, license number 1016281.

**NORTH CAROLINA RESIDENTS:**
North Carolina Department of Insurance, permit number 3122 or permit number 3486.

**TENNESSEE RESIDENTS:**
This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

04C50244

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** Alice Ruth

County of Residence: Whiteside

Plaintiff's Atty: Daniel Edelman
Edelman, Combs, & Latturner, LLC
312-739-4200

**Defendant(s):** M.R.S. Associates

County of Residence:

Defendant's Atty:

**II. Basis of Jurisdiction:** 1. ~~U.S. Gov't Plaintiff~~   Federal Question

**III. Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:- 1 Citizen of This State
Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 890 Other Statutory Actions

**VI. Cause of Action:** Fair Debt Collection Practices Act 15 U.S.C. 1692 et seq.

**VII. Requested in Complaint**
Class Action: Yes
Dollar Demand:
Jury Demand: Yes

**DOCKETED**
JUN 0 1 2004

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _____
**Date:** 5/28/04

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**   Revised: 06/28/00

http://www.ilnd.uscourts.gov/PUBLIC/Forms/auto_js44.cfm                                5/26/04

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In the Matter of

Alice Ruth

    V.

M.R.S. Associates

Case Number: **04C50244**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Alice Ruth

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | Daniel A. Edelman | NAME | Cathleen M. Combs |
| FIRM | Edelman, Combs & Latturner, LLC | FIRM | Edelman, Combs & Latturner, LLC |
| STREET ADDRESS | 120 S. LaSalle Street, 18th Floor | STREET ADDRESS | 120 S. LaSalle Street, 18th Floor |
| CITY/STATE/ZIP | Chicago, IL 60603 | CITY/STATE/ZIP | Chicago, IL 60603 |
| TELEPHONE NUMBER (312) 739-4200 | FAX NUMBER (312) 419-0379 | TELEPHONE NUMBER (312) 739-4200 | FAX NUMBER (312) 419-0379 |
| E-MAIL ADDRESS | edcombs@aol.com | E-MAIL ADDRESS | edcombs@aol.com |
| IDENTIFICATION NUMBER 00712094 | | IDENTIFICATION NUMBER 00472840 | |
| MEMBER OF TRIAL BAR? | YES ☑ NO ☐ | MEMBER OF TRIAL BAR? | YES ☑ NO ☐ |
| TRIAL ATTORNEY? | YES ☑ NO ☐ | TRIAL ATTORNEY? | YES ☑ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☑ |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME | Alexander H. Burke | NAME | |
| FIRM | Edelman, Combs & Latturner, LLC | FIRM | |
| STREET ADDRESS | 120 South LaSalle Street, 18th floor | STREET ADDRESS | |
| CITY/STATE/ZIP | Chicago, IL 60603 | CITY/STATE/ZIP | |
| TELEPHONE NUMBER (312) 739-4200 | FAX NUMBER (312) 419-0379 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS | edcombs@aol.com | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER 06281095 | | IDENTIFICATION NUMBER | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☑ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☑ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

DOCKETED JUN 01 2004

1-3