IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ALICE RUTH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 04 C 50244 |
| M.R.S. ASSOCIATES, INC. | ) ) |
| Defendant. | ) ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant, M.R.S. ASSOCIATES, INC., by its attorneys, David M. Schultz and Todd P. Stelter, pursuant to Fed. R. Civ. Pro. 56 and Local Rule 56.1(a), respectfully requests that this Court enter summary judgment in its favor and against plaintiff, and states as follows:

This case is a Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"), case wherein plaintiff is claiming that defendant's letters violate the FDCPA in two ways. First, plaintiff is claiming that the language "If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter" violates 15 U.S.C. § 1692g. *See* Complaint ¶¶ 17-18, attached to defendant's Rule 56.1 Statement as Exhibit A. Second, plaintiff is claiming that the account balance listed on the letter violates 15 U.S.C. § 1692e and 1692g because it is not the true amount of the debt. Exhibit A ¶¶ 19-21.

This case is identical to *Lucas v. M.R.S. Associates, Inc.,* 2005 WL 1926570 (N.D. Ind. 2005), wherein the court granted summary judgment in favor of defendant. The claims and the letters analyzed in *Lucas* are the same as the claims and letters in this case. This Court should rule as the court in *Lucas* ruled for the same reasons as given by that court. In addition, another case, *Stines v. M.R.S. Associates,* 2005 WL 2428200 (N.D. Ind. 2005), also addresses many of

1

the same issues in this case and the *Lucas* case. This Court should rule as the courts in *Lucas* and *Stines* ruled and grant summary judgment in favor of defendant.

In support of its motion for summary judgment, defendant submits a (1) Rule 56.1 Statement of Material Facts; and (2) Memorandum of Law in Support of Defendant's Motion for Summary Judgment, attached hereto.

> Respectfully submitted,
>
> HINSHAW & CULBERTSON LLP
>
> By:     s/Todd P. Stelter
> Attorneys for Defendant

David M. Schultz
Todd P. Stelter
**HINSHAW & CULBERTSON LLP**
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
(312) 704-3001 (FAX)

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ALICE RUTH, | ) )  |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 04 C 50244 |
| M.R.S. ASSOCIATES, INC. | ) ) |
| Defendant. | ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I electronically filed **M.R.S. ASSOCIATES, INC.'s Motion for Summary Judgment** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Dan Edelman
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
dedelman@edcombs.com

Respectfully submitted,

By: _____s/Todd P. Stelter_____

David M. Schultz
Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
312-704-3000
tstelter@hinshawlaw.com

3

6005815v1 843461