**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ALICE RUTH; | ) | |
| | ) | |
| Plaintiff, | ) | 04 C 50244 |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | Magistrate Judge P. Michael Mahoney |
| M.R.S. ASSOCIATES, INC., | ) | JURY DEMANDED |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff respectfully requests that this Court enter summary judgment on the issue of liability in favor of herself and the class.

In support of this motion, plaintiff states:

1. The text of the debt collection letter defendant sent plaintiff and the class is conflicts as to under what circumstances the recipient has the right to request validation and therefore violates the Fair Debt Collection Act, 15 U.S.C. § 1692g.

2. The letter also is conflicting as to the amount the defendant is collecting, and therefore (again) violates the FDCPA pursuant to 15 U.S.C. §§1692e and 1692g.

3. Defendant has waived any bona fide error defense, and there are no disputed issues of material fact. Summary judgment for plaintiff on the issue of liability is therefore appropriate.

WHEREFORE, respectfully requests that this Court enter summary judgment on the issue of liability in favor of herself and the class.

    s/ Alexander H. Burke
Alexander H. Burke

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner

1

Alexander H. Burke
EDELMAN, COMBS,
      LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)


T:\11388\Pleading\summary judgment motion_Pleading.wpd

2