# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
### Western Division

Alice Ruth

                Plaintiff,

v.                                            Case No.: 3:04−cv−50244
                                                      Hon. Philip G. Reinhard

M.R.S. Associates, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2005:

      MINUTE entry before Judge P. Michael Mahoney : Parties' MOTIONS for summary judgment [49] [52] are taken under advisement. Telephonic Discovery hearing held on 12/19/2005. Set deadlines as to motiond for summary judgment[52], [49] : Responses due by 1/20/2006 Replies due by 2/3/2006. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing. Telephonic discovery conference set for 3/31/06 at 9:45 am.Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.