## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 50244 | **DATE** | 4/4/2006 |
| **CASE TITLE** | ALICE RUTH vs. M.R.S. ASSOCIATES, INC. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated below, plaintiff's motion for partial summary judgment is denied and defendant's motion for summary judgment is granted. (A copy of the collection letter is attached.) This case is dismissed in its entirety with prejudice.

FILED *Philip G. Reinhard*

APR 0 4 2006

Electronic Notices.

■ [ For further details see text below.]

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

### STATEMENT

Plaintiff, Alice Ruth, brings this action against defendant, M.R.S. Associates, Inc., claiming violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Jurisdiction is proper under 15 U.S.C. § 1692k (d). Defendant moves for summary judgment and plaintiff moves for partial summary judgment as to liability.

The material facts are not in dispute. Defendant, a debt collector, sent plaintiff, a consumer, a collection letter, a copy of which is appended to this order. Plaintiff claims the statement contained in the letter: "If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter," violates 15 U.S.C. § 1692g (b) ("Section 1692g (b)"). Plaintiff claims this statement is a violation because it is false, contradicts Section 1692g (b) and is confusing. Plaintiff claims the letter is also confusing and misleading with respect to the amount the recipient must pay because it gives an "account balance" at the top but states "interest may accrue on unpaid balances." She contends this violates 15 U.S.C. § 1692g (a) (1) which requires a written notice advising the amount of the debt. By demanding the recipient "honor your contractual obligation" the consumer cannot know what that amount is (the account balance or the account balance plus unspecified interest) so the letter effectively does not meet the statutory obligation to state the amount of the debt.

The precise language at issue here was challenged in Stines v. M.R.S. Associates, Inc., 2005 WL 2428200 (S.D. Ind. Sept. 30, 2005) (Barker, J.). In Stines, the court found the "if for some reason you believe this debt is not valid" language did not violate the Act. The letter set forth the debt validation language required by the Act. The letter clearly directed the consumer to review her rights to validation listed at the bottom of the letter. The court stated that plaintiff's argument that this language was "an implied limitation on her rights in that it suggests that 'a reason' is required for her to be able to exercise her rights" was "more typical of the technical convolutions of a highly educated attorney searching for some deficiency in a letter, rather than fairly reflective of confusion or deception of an unsophisticated consumer." Id. at *4.

Plaintiff relies on Mendez v. M.R.S. Associates, No. 03 C 6753, 2005 WL 1564977 (N.D. Ill. June 27,

**STATEMENT**

2005) (Pallmeyer, J.). The language in the <u>Mendez</u> letter stated "'[i]f for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter and contact our office to explain the nature of the dispute.'" <u>Id.</u> at * 3. The <u>Mendez</u> court found this language violated the Act because it "suggests that a debtor must have a valid reason for disputing the debt." <u>Id.</u> at * 4. <u>Mendez</u> is distinguishable from this case because the language included the statement "contact our office to explain the nature of the dispute." The letter to plaintiff here does not contain this language or any suggestion that she must explain the nature of her dispute. The court agrees with <u>Stines</u> that this language does not violate the Act. See <u>Stines</u>, 2005 WL 2428200 at * 4.

Plaintiff also argues the statement "interest may accrue on unpaid balances" is confusing and misleading with respect to the amount the recipient must pay. However, saying interest may accrue "is the clear statement of a truism." <u>Taylor v. Cavalry Investment, L.L.C.</u>, 365 F.3d 572, 575 (7th Cir. 2004). The letter must state the amount of the debt "sufficiently clearly that the recipient is unlikely to misunderstand it." <u>Id.</u> at 574. The letter stated the account balance and the "truism" that interest may accrue on that amount. This language does not violate the Act. See <u>Stines</u>, 2005 WL 2428200 at * 3.

For the foregoing reasons, plaintiff's motion for partial summary judgment is denied and defendant's motion for summary judgment is granted. This case is dismissed in its entirety with prejudice.

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

**MRS** Associates Inc

Office Hours:
Mon - Thurs 8am - 9pm EST
Fri - 8am - 5pm EST
Sat - 8am - 12pm EST
Sun - 9am - 12pm EST

January 19, 2004

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

04019377-001  21982
ALICE RUTH
407 GOODELL CT
ROCK FALLS IL 61071-1360

FEB 0 2 2004

| CLT ACCT # : 5307582055271676 | MRS ACCT #: 04019377 | ACCOUNT BAL. |

RE: CAPITAL ONE (K-MART CARD)
(Interest may accrue on unpaid balances)

---

✂ IMPORTANT: TO RECEIVE PROPER CREDIT BE SURE TO ENCLOSE THIS PORTION WITH YOUR PAYMENT IN FULL ✂
SEE REVERSE SIDE FOR CREDIT CARD AND WESTERN UNION PAYMENT INFORMATION

RE: CAPITAL ONE (K-MART CARD)
CLT ACCT#: 5307582055271676
MRS ACCT#: 04019377
ACCOUNT BALANCE : $634.36    (Interest may accrue on unpaid balances)

M.R.S.ASSOCIATES, INC.
3 EXECUTIVE CAMPUS, SUITE 400
CHERRY HILL NJ 08002

Dear ALICE RUTH,

The above referenced client has placed your account with our office for collection. This decision was made due to your continued failure to meet your contractual obligation. If for some reason you believe this debt is not valid, please review your rights listed at the bottom of this letter.

If the debt is not in dispute, then you have an important decision to make: honor your contractual obligation and receive significant positive benefits from satisfying the debt or continue not honoring your contractual obligation and face the possibility of negative consequences. The negative consequences are determined by the terms and conditions of your contract, the applicable laws in your state, and our client's willingness to incur additional costs and expenses (which may in turn be passed on to you!).

Clearly our client would prefer to work with you than against you, however, the decision to proceed with further collection activity is determined by you and your willingness to honor your commitment.

Which would you prefer the positive benefits or negative consequences? The choice is yours!

### IMPORTANT CONSUMER INFORMATION

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose.
This communication is from a debt collection agency.

Sincerely,

*Dawn Hasenjager*

Dawn Hasenjager
Collection Manager 1-877-508-6306
M.R.S.ASSOCIATES, INC.

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

If you wish to pay by credit card, please fill out the area below and return in the enclosed envelope or fax to us at the number 856-488-5125 or you may E-Mail credit card information to : payments@mrsassociates.com

Check One:
- [ ] Visa
- [ ] Mastercard
- [ ] American Express

VISA    MasterCard

Card #: [                    ]

MRS ACCT # : 03456050

Expiration Date: ___/___/___

Amount of Payment: $_____

Signature of Cardholder _____

Card Holder Name _____

Driver's License _____

### Western Union Payment Instructions

Western Union "Quick Collect" - Quick and Easy !
Use Blue and White form
Pay to : M.R.S. ASSOCIATES
Code City : MAPLE   State: NJ

For questions about how to pay your bill using Western Union - call them at 800-238-5772 or call our office.

**COLORADO RESIDENTS:**
This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify us that you dispute the validity of this debt or any portion thereof, within 30 days after receipt of this letter, we shall assume this debt is valid. If you notify us, in writing, within the 30 day period, that you dispute this debt, or any portion thereof, we will obtain verification of this debt or judgment, if one exists, and will mail you a copy. Upon your written request, within the 30 day period, we will provide you with the name and address of the original creditor, if different from the current creditor. For information about the Colorado Fair Debt Collection Practices Act, see www.ago.state.co.us/CAB.htm.

**MASSACHUSETTS RESIDENTS:**
NOTICE OF IMPORTANT RIGHTS
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

**MINNESOTA RESIDENTS:**
This collection agency is licensed by the Minnesota Department of Commerce.

**NEW YORK CITY RESIDENTS:**
New York City Department of Consumer Affairs, license number 1016281.

**NORTH CAROLINA RESIDENTS:**
North Carolina Department of Insurance, permit number 3122 or permit number 3486.

**TENNESSEE RESIDENTS:**
This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243.